**Order entered August 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00431-CV

**HOSSAIN BAGHVARDANI, Appellant**

**V.**

**CARMEN WILSON, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06562**

## ORDER

We **GRANT** appellant's August 22, 2014 motion for an extension of time to file an amended brief. Appellant shall file an amended brief **on or before SEPTEMBER 15, 2014**. We caution appellant that no further extension of time will be granted.

/s/    ADA BROWN
        JUSTICE